## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

J.B.G.C.,                                    :
                                             :
            Petitioner,                      :
                                             :
v.                                           :        Case No. 4:25-cv-398-CDL-AGH
                                             :              28 U.S.C. § 2241
Warden, STEWART DETENTION                    :
CENTER, *et al.*,                            :
                                             :
            Respondents.                     :
_____

## ORDER TO SHOW CAUSE

On November 20, 2025, Petitioner filed an application for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1). Petitioner also filed a motion for an order to show cause, requesting that Respondents be required to respond within three days. Pet'r's Mot. for Order to Show Cause 3, ECF No. 3. Because this case appears to involve the same issues raised in *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) and *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025), concerning whether the petitioner is properly detained under 8 U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(a), Petitioner's motion is **GRANTED IN PART**. Respondents are directed to show cause within seven (7) days as to why Petitioner's application for habeas relief should not be granted.[1] Petitioner may file a reply within three (3) days of Respondents' response to this Order.

---

[1] If Respondents agree that habeas relief is appropriate in light of *J.A.M.* and *P.R.S.*, the parties may consent to the Magistrate Judge's exercise of jurisdiction pursuant to 28 U.S.C. § 636(c) to expedite disposition.

**SO ORDERED**, this 26th day of November, 2025.

_s/ Amelia G. Helmick_
UNITED STATES MAGISTRATE JUDGE